# Court of Appeals, State of Michigan

## ORDER

Michigan Unemployment Insurance Agency v Frank Lucente;
Department of Talent and Economic Development v Michael Herzog;
Department of Talent and Economic Development v Wayne Carlisle

Docket No.    342080; 345074; 345943

LC No.    2017-000125-AE; 18-003162-AE; 18-003500-AE

Michael F. Gadola
Presiding Judge

Deborah A. Servitto

James Robert Redford
Judges

The Court orders that the October 15, 2019 opinion is hereby AMENDED to correct a clerical error:  The second sentence of the first full paragraph on page 17 of the opinion is corrected to read: In Case No. 342080 (Lucente), we reverse the order of the circuit court and the decision of the MCAC, and remand to the MCAC for a determination of Lucente's appeal to that tribunal from the ALJ's July 27, 2016 opinion, consistent with this opinion..

In all other respects, the October 15, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 1 8 2019
_____
Date

_____
Chief Clerk